IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>KEVIN MOURICE PACKARD<br><br>        Defendant. | SEALED<br><br>CR NO: 1:16 MJ - 00044 BAM  |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum      ☐ Ad Testificandum

Name of Detainee: Kevin Mourice Packard
Detained at: Fresno County Jail
Detainee is:    a.) ☒ charged in this district by: ☐ Indictment ☐ Information ☒ Complaint
               charging detainee with: 18 U.S.C. § 1952(a)
     or  b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:   a.) ☒ return to the custody of detaining facility upon termination of proceedings
     or  b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary on April 22, 2016 for initial appearance in the Eastern District of California.*

Signature: /s/ Kimberly A. Sanchez
Printed Name & Phone No: KIMBERLY A. SANCHEZ
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum      ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: 4/20/16

Honorable Barbara A. McAuliffe
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒ Male ☐ Female | |
| Booking or CDC #: | 7022080 | DOB: | 04/03/1990 |
| Facility Address: | Fresno and "M" Streets | Race: | black |
| Facility Phone: | | FBI#: | |
| Currently | | | |

## RETURN OF SERVICE

Executed on: _____

(signature)